IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LIESL D. HOOVER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | **CIVIL ACTION NO. 3:21-CV-00869-S** |
| § | |
| **FREEDOMROADS, LLC D/B/A** § | |
| **CAMPING WORLD ALVARADO** § | |
| § | |
| Defendant. § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files this stipulation of dismissal under Federal Rules of Civil Procedure 41(a)(1)(i):

1. Liesl D. Hoover ("Plaintiff") is the Plaintiff in this action. The Defendant is FreedomRoads, LLC d/b/a Camping World Alvarado ("Defendant").

2. On April 15, 2020, Plaintiff sued Defendant.

3. Plaintiff is dismissing this case in order to pursue mediation and arbitration.

4. This case is not a class action, and a receiver has not been appointed.

5. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

6. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

7. This dismissal is without prejudice. The Parties will bear their own costs of suit.

Dated May 6, 2021.                     Respectfully submitted,

                                          */s/ W.D. Masterson*
                                          W.D. Masterson
                                          Texas State Bar No. 13184000
                                          Kilgore & Kilgore PLLC
                                          3109 Carlisle Street
                                          Dallas, TX 75204
                                          214.969.9099
                                          214.953.0133 (Facsimile)
                                          wdm@kilgorelaw.com

                                          ATTORNEY FOR PLAINTIFF
                                          LIESL D. HOOVER